RECEIVED
SDNY PRO SE OFFICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

2016 NOV 18 PM 4: 42

S.D. OF N.Y.

Isaac Morales

Write the full name of each plaintiff or petitioner.

Case No. 16 cv 7389

-against-

Captain Greaves

**NOTICE OF MOTION**
TO RE-OPEN

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that ___Isaac Morales___

plaintiff or defendant      name of party who is making the motion

requests that the Court: Re-open my case because when the court initially replied to my case, I was no longer in custody at Riker's Island as I was acquitted on 09/19/16. I did send the Court a letter dated 10/25/16 indicating my home address mentioned below.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/16

11/18/16
Dated

_____
Signature

Isaac Morales
Name

N/A
Prison Identification # (if incarcerated)

2315 Creston Avenue, Apt. #4C, Bronx, NY 10468
Address            City         State    Zip Code

(718) 502-2917
Telephone Number (if available)

_____
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaac Morales

_Fill in above the full name of each plaintiff or petitioner._

Case No. 16 CV 7389

-against-

Captain Greaves

_Fill in above the full name of each defendant or respondent._

## DECLARATION

I am requesting that this Court re-open my case, as a result of not receiving this Court's correspondence as a

_Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."_

result of a change of address.

I, Isaac Morales, declare under penalty of perjury that the

following facts are true and correct:

_In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents._

During the month of September 2016, your plaintiff filed a U.S.C. §1983 claim while at Riker's Island. Plaintiff was acquitted at trial and immediately released from custody on 09/19/16 and, thus did not receive this Court's initial correspondence to his claim. Plaintiff did file a letter with this Court dated 10/25/16, indicating his home address. Plaintiff was not aware of this Court's correspondence, as a result of not being in custody at Riker's Island in order to reply to the Court and effectively participate in his case. This Court sent

Rev. 6/30/16

their correspondence to Riker's Island requesting plaintiff to amend his complaint, which plaintiff was not aware of, as a result of not receiving this court's correspondence because it was sent to Riker's Island, and, not his home address, as indicated in his letter to the Court dated 10/25/16.

Attach additional pages and documents if necessary.

_____     _____
Executed on (date)          Signature

                            Not Applicable
_____     _____
Name                        Prison Identification # (if incarcerated)

1215 Creston Avenue #4C, Bronx, New York 10468
_____
Address            City              State      Zip Code

(718) 502-2917
_____     _____
Telephone Number (if available)   E-mail Address (if available)